[DO NOT PUBLISH]

In the

# United States Court of Appeals

### For the Eleventh Circuit

_____

No. 23-13056

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

*versus*

BRODERICK TRAMAINE YOUNG,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama
D.C. Docket No. 1:22-cr-00168-KD-B-1

_____

Before ROSENBAUM, BRANCH, and LUCK, Circuit Judges.

PER CURIAM:

We issued a jurisdictional question ("JQ") about the validity of this appeal that Broderick Young filed on September 15, 2023, given the district court's September 22, 2023, order vacating the original judgment and its entry of an amended judgment on October 19, 2023. The government responded that this appeal should be dismissed as moot and that Young may file a new appeal from the amended judgment. Young has filed a new, separate appeal from the amended judgment within the extended time period set by the district court.

We agree that this appeal is moot in light of the district court's order vacating the original judgment. *See Zinni v. ER Solutions*, 692 F.3d 1162, 1166 (11th Cir. 2012) (explaining that a federal court has no authority to give opinions upon moot questions or abstract propositions, or to declare principles or rules of law which cannot affect the matter in issue in the case before it); *Friends of Everglades v. S. Fla. Water Mgmt. Dist.*, 570 F.3d 1210, 1216 (11th Cir. 2009) ("An issue is moot 'when it no longer presents a live controversy with respect to which the court can give meaningful relief.'").

Accordingly, this appeal is DISMISSED for lack of jurisdiction. All pending motions are DENIED as moot.